COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-194-CV

PATRICIA HARRIS, INDIVIDUALLY        APPELLANT

AND AS PERSONAL REPRESENTATIVE 

OF THE ESTATE OF HARVEY HARRIS, 

DECEASED
 

V.

ARLINGTON MEMORIAL HOSPITAL
 APPELLEE

 
 

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J. 

DELIVERED:  August 6, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.